# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Sportbrain Holdings LLC

                        Plaintiff,

v.                                                      Case No.: 1:16–cv–09204
                                                       Honorable Manish S. Shah

Imco Technology, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff reports the parties have reached a settlement agreement. Plaintiff is directed to contact this court's courtroom deputy as to the status of dismissal by 2/27/17. Motion hearing held. For the reasons stated in open court, the motion for extension of time [13] is granted. Plaintiff must serve defendant by 3/21/17. Continued status hearing is set for 3/28/17 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.